UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
SIMONE OLIVER,                                        Civil Action No.:

                          Plaintiff,
                                                     NOTICE OF REMOVAL
          -against-

TARGET CORPORATION, FAE HOLDINGS
463465R, LLC, and TARGET STORES,                     Suffolk County
                                                     Index No.: 601323/2026
                          Defendant.
------------------------------------------X

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK:**

Defendant, Target Corporation i/s/h/a Target Corporation and Target Stores ("Target"), by its attorneys, SIMMONS JANNACE DeLUCA, LLP, Allison C. Leibowitz, of counsel, upon information and belief, respectfully petitions the Court, pursuant to 28 U.S.C. § 1441, as follows:

1.   On or about January 15, 2026, the above-captioned civil action was commenced and is now pending in the Supreme Court of the State of New York, County of Suffolk, bearing Index Number 601323/2026.  A trial has not yet been had therein.  A copy of the Summons and Complaint is annexed hereto as **Exhibit "A"**.  Target's Verified Answer was filed with the Court on February 5, 2026, a copy of which is attached as **Exhibit "B"**.

2.   A Stipulation of Discontinuance as to defendant, FAE HOLDINGS 463465R, LLC ("FAE"), only, and to Amend Caption was

1

filed with the Court on February 5, 2026. The Stipulation remains pending. A copy of the Stipulation is annexed hereto as **Exhibit "C."**

3.    The action seeks monetary damages for personal injuries allegedly suffered by plaintiff, SIMONE OLIVER, allegedly caused by Target. The plaintiff's Complaint sounds in negligence.

4.    There is complete diversity between Target and plaintiff in that: (a) plaintiff, SIMONE OLIVER, is a citizen of the State of New York; (b) Target Corporation is now, and was at the time the action was commenced, a corporation incorporated in the State of Minnesota, with its principal place of business in the State of Minnesota; and (c) FAE merged into Target Corporation effective January 30, 2016, and no longer exists as a separate legal entity.

5.    A background search confirmed that: (1) plaintiff's Social Security Number was issued in Connecticut; (2) plaintiff currently resides in Huntington Station, New York, and prior addresses from 2006 to present have all been in New York; and (3) plaintiff is a registered voter in the State of New York.

6.    The amount in controversy exceeds $75,000. This Notice of Removal is being filed within 30 days of receipt of plaintiff's Response to Defendants' Combined Discovery Demands,

dated June 26, 2026, wherein plaintiff alleges a total amount of $50,000,000 in damages. A copy of plaintiff's Response (without attachments referenced therein) is annexed hereto as **Exhibit "D"**.

7.    Written notice of the filing of this Notice of Removal will be given to plaintiff promptly after the filing of this Notice.

8.    A true and correct copy of this Notice of Removal will be filed with the Clerk of the Court of the Supreme Court of the State of New York, County of Suffolk, promptly after the filing of this Notice.

9.    Attached to this Notice, and by reference made a part hereof, are true and correct copies of all process and pleadings filed herein.

10. By filing this Notice of Removal, Target does not waive any defenses which may be available to it, specifically including, but not limited to, its right to contest *in personam* jurisdiction over Target, improper service of process and the absence of venue in this Court or the Court from which this action has been removed.

**WHEREFORE**, Target prays that the above-captioned action now pending in the Supreme Court in the State of New York, County of Suffolk, be removed therefrom to this Court.

3

Dated:      Hauppauge, New York
            July 6, 2026

                              Simmons Jannace DeLuca, LLP


                              By:_____
                                   Allison C. Leibowitz
                                   *Attorneys for Defendant*
                                   *Target Corporation i/s/h/a Target*
                                   *Corporation and Target Stores*
                                   **Office & P.O. Address:**
                                   43 Corporate Drive
                                   Hauppauge, New York 11788-2048
                                   (631) 873-4888


TO:

Morgan & Morgan New York, PLLC
Attorneys for Plaintiff
*Simone Oliver*
**Office & P.O. Address:**
199 Water Street, 15th Floor
New York, New York 10038
(917) 344-7021

4