Exhibit "B"

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM
NYSCEF DOC. NO. 6

INDEX NO. 601323/2026
RECEIVED NYSCEF: 02/05/2026

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
------------------------------------------X
SIMONE OLIVER,

    Index No.:
    601323/2026

                    Plaintiff,

    -against-

         **VERIFIED ANSWER**

TARGET CORPORATION, FAE HOLDINGS
463465R, LLC, and TARGET STORES,

                    Defendants.
------------------------------------------X

    Defendant, TARGET CORPORATION i/s/h/a TARGET CORPORATION and TARGET STORES ("Target"), by its attorneys, SIMMONS JANNACE DeLUCA, LLP, as and for its Verified Answer to the Verified Complaint of plaintiff, respond as follows:

    1.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "1" of the Verified Complaint.

    2.  Denies the allegations contained in numbered paragraph "2" of the Verified Complaint, except admits Target Corporation is a foreign corporation.

    3.  Denies the allegations contained in numbered paragraph "3" of the Verified Complaint, except admits Target Corporation is a foreign corporation authorized to conduct business in the State of New York.

    4.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM          INDEX NO. 601323/2026

NYSCEF DOC. NO. 6                                        RECEIVED NYSCEF: 02/05/2026

paragraph "4" of the Verified Complaint and leaves all questions of law to the Court.

5. Denies the allegations contained in numbered paragraph "5" of the Verified Complaint, except admits Target Corporation is a foreign corporation authorized to conduct business in the State of New York.

6. Denies the allegations contained in numbered paragraph "6" of the Verified Complaint, except admits Target Corporation is a foreign corporation authorized to conduct business in the State of New York.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "7" of the Verified Complaint and leaves all questions of law to the Court.

8. Denies the allegations contained in numbered paragraph "8" of the Verified Complaint, except admits that on September 12, 2025, Target Corporation was the owner of the premises located at 100 Willow Park Ctr., Farmingdale, New York 11735-1001.

9. Denies the allegations contained in numbered paragraph "9" of the Verified Complaint, except admits that on September 12, 2025, Target Corporation was the owner of the premises

2

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM   INDEX NO. 601323/2026
NYSCEF DOC. NO. 6                                    RECEIVED NYSCEF: 02/05/2026

located at 100 Willow Park Ctr., Farmingdale, New York 11735-1001.

10. Denies the allegations contained in numbered paragraph "10" of the Verified Complaint.

11. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "11" of the Verified Complaint and leaves all questions of law to the Court.

12. Denies the allegations contained in numbered paragraph "12" of the Verified Complaint, except admits that on September 12, 2025, Target Corporation operated a retail store on a portion of the premises located at 100 Willow Park Ctr., Farmingdale, New York 11735-1001.

13. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "13" of the Verified Complaint and leaves all questions of law to the Court.

14. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "14" of the Verified Complaint and leaves all questions of law to the Court.

15. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered

3

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM    INDEX NO. 601323/2026

NYSCEF DOC. NO. 6    RECEIVED NYSCEF: 02/05/2026

paragraph "15" of the Verified Complaint and leaves all questions of law to the Court.

16. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "16" of the Verified Complaint and leaves all questions of law to the Court.

17. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "17" of the Verified Complaint and leaves all questions of law to the Court.

18. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "18" of the Verified Complaint and leaves all questions of law to the Court.

19. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "19" of the Verified Complaint and leaves all questions of law to the Court.

20. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "20" of the Verified Complaint and leaves all questions of law to the Court.

4

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM

NYSCEF DOC. NO. 6

INDEX NO. 601323/2026

RECEIVED NYSCEF: 02/05/2026

21. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "21" of the Verified Complaint and leaves all questions of law to the Court.

22. Denies the allegations contained in numbered paragraph "22" of the Verified Complaint.

23. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "23" of the Verified Complaint and leaves all questions of law to the Court.

24. Denies in the form alleged the allegations contained in numbered paragraph "24" of the Verified Complaint and leaves all questions of law to the Court.

25. Denies in the form alleged the allegations contained in numbered paragraph "25" of the Verified Complaint and leaves all questions of law to the Court.

26. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "26" of the Verified Complaint and leaves all questions of law to the Court.

27. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered

5

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM          INDEX NO. 601323/2026

NYSCEF DOC. NO. 6                                        RECEIVED NYSCEF: 02/05/2026

paragraph "27" of the Verified Complaint and leaves all questions of law to the Court.

28. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "28" of the Verified Complaint and leaves all questions of law to the Court.

29. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "29" of the Verified Complaint and leaves all questions of law to the Court.

30. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "30" of the Verified Complaint and leaves all questions of law to the Court.

31. Denies the allegations contained in numbered paragraph "31" of the Verified Complaint.

32. Denies the allegations contained in numbered paragraph "32" of the Verified Complaint.

33. Denies the allegations contained in numbered paragraph "33" of the Verified Complaint.

34. Denies the allegations contained in numbered paragraph "34" of the Verified Complaint.

6

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM    INDEX NO. 601323/2026

NYSCEF DOC. NO. 6                                           RECEIVED NYSCEF: 02/05/2026

35.    Denies the allegations contained in numbered paragraph "35" of the Verified Complaint.

36.    Denies the allegations contained in numbered paragraph "36" of the Verified Complaint.

37.    Denies the allegations contained in numbered paragraph "37" of the Verified Complaint.

38.    Denies the allegations contained in numbered paragraph "38" of the Verified Complaint.

39.    Denies the allegations contained in numbered paragraph "39" of the Verified Complaint.

40.    Denies the allegations contained in numbered paragraph "40" of the Verified Complaint.

41.    Denies the allegations contained in numbered paragraph "41" of the Verified Complaint.

42.    Denies the allegations contained in numbered paragraph "42" of the Verified Complaint.

43.    Denies the allegations contained in numbered paragraph "43" of the Verified Complaint.

44.    Denies the allegations contained in numbered paragraph "44" of the Verified Complaint.

45.    Denies the allegations contained in numbered paragraph "45" of the Verified Complaint.

7

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM    INDEX NO. 601323/2026

NYSCEF DOC. NO. 6    RECEIVED NYSCEF: 02/05/2026

46. Denies the allegations contained in numbered paragraph "46" of the Verified Complaint.

47. Denies the allegations contained in numbered paragraph "47" of the Verified Complaint.

48. Denies the allegations contained in numbered paragraph "48" of the Verified Complaint.

49. Denies the allegations contained in numbered paragraph "49" of the Verified Complaint.

50. Denies the allegations contained in numbered paragraph "50" of the Verified Complaint.

51. Denies the allegations contained in numbered paragraph "51" of the Verified Complaint.

52. Denies the allegations contained in numbered paragraph "52" of the Verified Complaint.

53. Denies the allegations contained in numbered paragraph "53" of the Verified Complaint.

54. Denies the allegations contained in numbered paragraph "54" of the Verified Complaint.

55. Denies the allegations contained in numbered paragraph "55" of the Verified Complaint.

56. Denies the allegations contained in numbered paragraph "56" of the Verified Complaint.

8

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM

INDEX NO. 601323/2026

NYSCEF DOC. NO. 6

RECEIVED NYSCEF: 02/05/2026

57. Denies the allegations contained in numbered paragraph "57" of the Verified Complaint.

58. Denies the allegations contained in numbered paragraph "58" of the Verified Complaint.

59. Denies the allegations contained in numbered paragraph "59" of the Verified Complaint.

60. Denies the allegations contained in numbered paragraph "60" of the Verified Complaint.

61. Denies the allegations contained in numbered paragraph "61" of the Verified Complaint, except admits Target Corporation is a foreign corporation.

62. Denies the allegations contained in numbered paragraph "62" of the Verified Complaint, except admits Target Corporation is a foreign corporation authorized to conduct business in the State of New York.

63. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "63" of the Verified Complaint and leaves all questions of law to the Court.

64. Denies the allegations contained in numbered paragraph "64" of the Verified Complaint, except admits Target Corporation is a foreign corporation authorized to conduct business in the State of New York.

9

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM          INDEX NO. 601323/2026

NYSCEF DOC. NO. 6                                        RECEIVED NYSCEF: 02/05/2026

65. Denies the allegations contained in numbered paragraph "65" of the Verified Complaint, except admits Target Corporation is a foreign corporation authorized to conduct business in the State of New York.

66. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "66" of the Verified Complaint and leaves all questions of law to the Court.

67. Denies the allegations contained in numbered paragraph "67" of the Verified Complaint, except admits that on September 12, 2025, Target Corporation was the owner of the premises.

68. Denies the allegations contained in numbered paragraph "68" of the Verified Complaint, except admits that on September 12, 2025, Target Corporation was the owner of the premises.

69. Denies the allegations contained in numbered paragraph "69" of the Verified Complaint.

70. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "70" of the Verified Complaint and leaves all questions of law to the Court.

71. Denies the allegations contained in numbered paragraph "71" of the Verified Complaint, except admits Target Corporation

10

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM    INDEX NO. 601323/2026

NYSCEF DOC. NO. 6    RECEIVED NYSCEF: 02/05/2026

operated a retail store on a portion of the premises located at 100 Willow Park Ctr., Farmingdale, New York 11735-1001.

72. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "72" of the Verified Complaint and leaves all questions of law to the Court.

73. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "73" of the Verified Complaint and leaves all questions of law to the Court.

74. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "74" of the Verified Complaint and leaves all questions of law to the Court.

75. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "75" of the Verified Complaint and leaves all questions of law to the Court.

76. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "76" of the Verified Complaint and leaves all questions of law to the Court.

11

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM    INDEX NO. 601323/2026

NYSCEF DOC. NO. 6                                        RECEIVED NYSCEF: 02/05/2026

77. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "77" of the Verified Complaint and leaves all questions of law to the Court.

78. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "78" of the Verified Complaint and leaves all questions of law to the Court.

79. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "79" of the Verified Complaint and leaves all questions of law to the Court.

80. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "80" of the Verified Complaint and leaves all questions of law to the Court.

81. Denies the allegations contained in numbered paragraph "81" of the Verified Complaint.

82. Denies in the form alleged the allegations contained in numbered paragraph "82" of the Verified Complaint and leaves all questions of law to the Court.

12

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM    INDEX NO. 601323/2026
NYSCEF DOC. NO. 6                                                    RECEIVED NYSCEF: 02/05/2026

83. Denies in the form alleged the allegations contained in numbered paragraph "83" of the Verified Complaint and leaves all questions of law to the Court.

84. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "84" of the Verified Complaint and leaves all questions of law to the Court.

85. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "85" of the Verified Complaint and leaves all questions of law to the Court.

86. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "86" of the Verified Complaint and leaves all questions of law to the Court.

87. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "87" of the Verified Complaint and leaves all questions of law to the Court.

88. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "88" of the Verified Complaint and leaves all questions of law to the Court.

13

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM    INDEX NO. 601323/2026
NYSCEF DOC. NO. 6                                                RECEIVED NYSCEF: 02/05/2026

89. Denies the allegations contained in numbered paragraph "89" of the Verified Complaint.

90. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph "90" of the Verified Complaint and leaves all questions of law to the Court.

91. Denies the allegations contained in numbered paragraph "91" of the Verified Complaint.

92. Denies the allegations contained in numbered paragraph "92" of the Verified Complaint.

93. Denies the allegations contained in numbered paragraph "93" of the Verified Complaint.

94. Denies the allegations contained in numbered paragraph "94" of the Verified Complaint.

95. Denies the allegations contained in numbered paragraph "95" of the Verified Complaint.

96. Denies the allegations contained in numbered paragraph "96" of the Verified Complaint.

97. Denies plaintiff is entitled to the relief requested in the "WHEREFORE Clause."

98. Defendant demands that liability, if any, be apportioned.

14

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM

NYSCEF DOC. NO. 6

INDEX NO. 601323/2026

RECEIVED NYSCEF: 02/05/2026

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

99.   Plaintiff's Verified Complaint fails to state a cause of action.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

100. Upon information and belief, the injuries allegedly sustained by plaintiff are not as a result of any culpable conduct by the defendant herein, or in the alternative, the amount of damages otherwise recoverable shall be diminished in the percentage proportion of the culpable conduct of plaintiff, which contributed to or caused plaintiff's alleged injuries.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

101. Upon information and belief, any damages sustained by plaintiff were caused, in whole or in part, by the culpable conduct of plaintiff and/or were aggravated by the culpable conduct of plaintiff.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

102. If plaintiff proves at trial the existence of a dangerous condition, all of which is denied, upon information and belief, any damages sustained by plaintiff were caused by plaintiff having voluntarily and unreasonably assumed a known and dangerous risk, and/or the damages were caused by or aggravated by such conduct.

15

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM    INDEX NO. 601323/2026

NYSCEF DOC. NO. 6                                                    RECEIVED NYSCEF: 02/05/2026

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

103. This defendant will rely upon the provisions of Article 16 of the CPLR with regard to the limitation of joint and several liability.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

104. Upon information and belief, defendant never received actual or constructive notice of any defective or dangerous condition, and therefore, it cannot be liable for any alleged injuries suffered by plaintiff.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

105. Upon information and belief, if plaintiff suffered any damages as alleged in the Verified Complaint, such damages were as a result of an independent superseding act by a third party for which defendant cannot be held liable, and defendant's conduct was in no way the proximate cause of such damages.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

106. If plaintiff suffered damages as alleged, then plaintiff failed to mitigate such damages.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

107. If plaintiff herein has received remuneration and/or compensation for some or all of her claimed economic loss, or will with reasonable certainty receive remuneration and/or compensation for said loss in the future, defendant is entitled

16

to have plaintiff's award, if any, reduced by the amount of said remuneration and/or compensation, pursuant to Section 4545(c) of the CPLR.

**WHEREFORE**, for all of the foregoing reasons, it is respectfully requested that plaintiff's Verified Complaint be dismissed in its entirety, and that defendant be awarded the costs and disbursements of this action, reasonable attorneys' fees, and such other and further relief as this Court may deem just and proper.

Dated:      Hauppauge, New York
            February 5, 2026

                              Simmons Jannace DeLuca, LLP


                              BY: _____
                                  Allison C. Leibowitz
                              Attorneys for Defendant
                              *Target Corporation i/s/h/a Target
                              Corporation and Target Stores*
                              **Office & P.O. Address:**
                              43 Corporate Drive
                              Hauppauge, New York 11788-2048
                              (631) 873-4888

TO:

Morgan & Morgan New York, PLLC
Attorneys for Plaintiff
*Simone Oliver*
**Office & P.O. Address:**
199 Water Street, 15th Floor
New York, New York 10038
(917) 344-7021

17

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM          INDEX NO. 601323/2026

NYSCEF DOC. NO. 6                                          RECEIVED NYSCEF: 02/05/2026

## VERIFICATION

RE:  SIMONE OLIVER v. TARGET CORPORATION, FAE Holdings
     463465R, LLC and TARGET STORES
     Index No.: 601323/2026

I, the undersigned, an attorney duly admitted to practice in the Courts of the State of New York, state that I am the attorney of record for Target Corporation i/s/h/a Target Corporation and Target Stores ("Defendant") in the within action. I have read the foregoing Verified Answer and know the contents thereof. The same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true. The reason this verification is made by me and not by Defendant is because Defendant has its principal places of business in another county.

The grounds for my belief as to all matters not stated upon my own knowledge are as follows: documents in my file and/or conversations with Defendant's representatives.

I affirm that the foregoing statements are true, under the penalties of perjury.

Dated:   Hauppauge, New York
         February 5, 2026

                                        _____
                                        Allison C. Leibowitz

1015638

18

FILED: SUFFOLK COUNTY CLERK 02/05/2026 12:54 PM

INDEX NO. 601323/2026

NYSCEF DOC. NO. 6

RECEIVED NYSCEF: 02/05/2026

## AFFIDAVIT OF SERVICE
### U.S. MAIL

RE:  SIMONE OLIVER v. TARGET CORPORATION, ET AL.
     Index No.: 601323/2026

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF SUFFOLK      )

Krista Rapp, being duly sworn, deposes and says:

I am not a party to the within action, am over 18 years of age and reside at East Northport, New York.

On February 5, 2026, I served the within **VERIFIED ANSWER** by depositing true copies thereof, enclosed in post-paid wrappers, into the exclusive care and custody of the U.S. Postal Service within New York State, addressed as shown below:

Morgan & Morgan New York, PLLC
Attorneys for Plaintiff
*Simone Oliver*
**Office & P.O. Address:**
199 Water Street, 15th Floor
New York, New York 10038
(917) 344-7021

Krista Rapp

Sworn to before me this
5th day of February, 2026

NOTARY PUBLIC

DEBORAH E. HESSE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HE6421743
Qualified in Nassau County
Commission Expires September 07, 2029