Exhibit "C"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
--------------------------------------------X
SIMONE OLIVER,                                            Index No.:
                                                         601323/2026
                              Plaintiff,

        -against-                                        **STIPULATION OF
                                                         DISCONTINUANCE AS TO
TARGET CORPORATION, FAE HOLDINGS                         FAE HOLDINGS 463465R,
463465R, LLC, and TARGET STORES,                         LLC, ONLY AND
                                                         TO AMEND CAPTION**

                              Defendants.
--------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties herein that the above-entitled action, is hereby discontinued against FAE HOLDINGS 463465R, LLC only without prejudice, with leave to refile until the later of the expiration of the applicable statute of limitations or the filing of the Note of Issue in this matter.

    IT IS FURTHER STIPULATED AND AGREED, that in light of the discontinuance against FAE HOLDINGS 463465R, LLC, the caption in this case be amended as follows:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
--------------------------------------------X
SIMONE OLIVER,                                            Index No.:
                                                         601323/2026
                              Plaintiff,

        -against-

TARGET CORPORATION and TARGET STORES,

                              Defendants.
--------------------------------------------X

1

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts and that facsimile signatures shall be deemed originals for the purpose of filing. This Stipulation may be filed with the Clerk of the Court without further notice.

Dated:    Hauppauge, New York
          February 4, 2026

**SIMMONS JANNACE DELUCA, LLP**                    **MORGAN & MORGAN NEW YORK, PLLC**

By:_____                        By:_____
    Allison C. Leibowitz                               Nicholas Gerschman
Attorneys for Defendants                           Attorneys for Plaintiff
*Target    Corporation    i/s/h/a*                 *SIMONE OLIVER*
*Target  Corporation  and  Target*                 **Office & P.O. Address:**
*Stores and FAE Holdings 463465R,*                 199 Water Street, 15th Floor
*LLC*                                              New York, New York 10038
**Office & P.O. Address:**                         (917) 344-7021
43 Corporate Drive
Hauppauge, New York 11788-2048
(631) 873-4888


**So Ordered:**

_____

2