## CERTIFICATE OF SERVICE
### U.S. MAIL

RE:   SIMONE OLIVER v. TARGET CORPORATION, FAE HOLDINGS
      463465R, LLC, and TARGET STORES
      Civil Action No.: _____

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF SUFFOLK    )

Krista Rapp, being duly sworn, deposes and says:

I hereby certify that I am, and at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify a true and correct copy of defendant's **NOTICE OF REMOVAL and CIVIL COVER SHEET** was sent via U.S. First Class Mail, postage paid, to the following on the 7th day of July, 2026:

Morgan & Morgan New York, PLLC
Attorneys for Plaintiff
*Simone Oliver*
**Office & P.O. Address:**
199 Water Street, 15th Floor
New York, New York 10038
(917) 344-7021

_____
Krista Rapp

Sworn to before me this
7th day of July, 2026

_____
NOTARY PUBLIC

MARIA F. BRUSSELER
Notary Public, State of New York
No. 01BR6388490
Qualified in Suffolk County
My Commission Expires March 4, 20 27