# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | August 25, 2026 |
| TIME: | 11:30 a.m. |
| DOCKET NUMBER(S): | 26cv4047-NJC-ST |
| NAME OF CASE(S): | Oliver v. Target Corporation et al. |
| FOR PLAINTIFF(S): | Gerschman |
| FOR DEFENDANT(S): | Leibowitz |
| NEXT CONFERENCE(S): | Settlement Conference - November 10, 2026 at 11:00 a.m. |
| FTR/COURT REPORTER: | Not Recorded. |

RULINGS FROM Initial Conference :

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 9/8/26;

Completion of Phase I discovery - 10/26/26;

Deadline for motions to join new parties or amend pleadings - 11/25/26;

First requests for production of documents and interrogatories due by - 12/10/26;

All fact discovery to be completed by 3/29/27;

Exchange of initial expert reports - 4/29/27;

Exchange of rebuttal expert reports - 5/14/27;

Expert depositions completed by - 6/9/27;

All discovery completed by - 6/15/27;

Final date to take first step in dispositive motion practice - 7/14/27.

An in-person settlement conference will be held on November 10, 2026 at 11:00 a.m. in Courtroom 910. Parties are to submit their respective settlement positions via ex parte electronic filing no later than November 6, 2026. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.