UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------X

SIMONE OLIVER,

Plaintiff,

-against-

TARGET CORPORATION, FAE HOLDINGS 463465R, LLC, and TARGET STORES,

Defendant.

-----------------------------------X

Docket No.: 2:26-cv-04047-NJC-ST

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE,** that Michael C. Lamendola, Esq., of SIMMONS JANNACE DELUCA, LLP appears for the defendant, TARGET CORPORATION i/s/h/a TARGET CORPORATION and TARGET STORES. Michael C. Lamendola, Esq.'s e-mail address is mlamendola@sjdfirm.com .

Dated: Hauppauge, New York
September 1, 2026

Yours, etc.

SIMMONS JANNACE DELUCA, LLP

By: /s/ Michael C. Lamendola
Michael C. Lamendola
Attorneys for Defendant
TARGET CORPORATION i/s/h/a TARGET CORPORATION and TARGET STORES
**Office & P.O. Address**
43 Corporate Drive
Hauppauge, New York 11788
(631) 873-4888

TO: MORGAN & MORGAN NEW YORK, PLLC
Attorneys for Plaintiff
SIMONE OLIVER
**Office & P.O. Address:**
199 Water Street, 15th Floor
New York, New York 10038
(917) 344-7021

**CERTIFICATE OF SERVICE**
**VIA ECF**

**RE: SIMONE OLIVER v. TARGET CORPORATION, FAE HOLDINGS 463465R, LLC, and TARGET STORES**
**Civil Action No.: 2:26-CV-4047**

STATE OF NEW YORK )
:ss.:
COUNTY OF SUFFOLK )

Maria F. Brusseler, being duly sworn, deposes and says:

I am not a party to the within action, am over 18 years of age, and reside at Smithtown, New York.

On September 1, 2026, I served the within **NOTICE OF APPEARANCE** by electronically filing true copies via ECF:

MORGAN & MORGAN NEW YORK, PLLC
Attorneys for Plaintiff
*Simone Oliver*
**Office & P.O. Address:**
199 Water Street, 15th Floor
New York, New York 10038
(917) 344-7021

Maria F. Brusseler

Sworn to before me this
1st day of September, 2026

NOTARY PUBLIC

SIMMONS JANNACE DELUCA, LLP
43 Corporate Drive
Hauppauge, New York 11788-2048
(631) 873-4888

YOLANDA QUESADA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01QU6137359
Qualified in Suffolk County
Commission Expires November 21, 2029