November 9, 2026

**VIA ECF**

Hon. Steven L. Tiscione
United States Magistrate Judge
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Oliver v. Target Corporation, et al.*, No. 2:26-cv-04047-NJC-ST
Adjournment of Settlement Conference

Your Honor:

I represent Plaintiff Simone Oliver in the above-referenced matter. I write jointly with counsel for Defendants regarding the settlement conference previously scheduled for November 10, 2026. The parties have been advised that this date will be adjourned due to the Court's trial schedule.

The parties respectfully submit the following mutually available dates for the rescheduled settlement conference: December 8, 9, or 18, 2026. If none of these dates are convenient for the Court, the parties can propose further dates in 2027.

The parties appreciate Your Honor's time and attention to this matter and look forward to a productive settlement conference.

Respectfully submitted,

Nicholas Gerschman
Morgan & Morgan New York PLLC
*Attorneys for Plaintiff Simone Oliver*
199 Water Street, 15th Floor
New York, NY 10038
T: (917) 344-7021
ngerschman@forthepeople.com

CC: All Counsel via CM/ECF.